# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SUHA SHEHADEH, ET AL.**

**VERSUS**

**NOAH P. BERGERON, ET AL.**

**CIVIL ACTION**

**NO. 19-228-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 6) dated February 24, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion to Remand (Doc. 6) filed by Plaintiffs Suha and Abdallah Shehadeh, individually, and on behalf of their minor children, is DENIED as the Notice of Removal was timely filed in this case.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for a scheduling conference.

Signed in Baton Rouge, Louisiana, on March 10, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**